**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(a)

Robert A. Rich (RR 4892)
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, New York 10166
(212) 309-1132
rrich2@hunton.com

*Attorneys for RBS Citizens*

In re:

Zacharias A. Horiates

              Debtor(s).

Case No.: 11-45669

Chapter: 13

Honorable Judge Judith H. Wizmur

Order Filed on March 30, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**ORDER DIRECTING**
**REDACTION OF PERSONAL INFORMATION**

The relief set forth on the following page is ORDERED.

**DATED: March 30, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by *RBS Citizens* and regarding the Proof of Claim filed at Proof of Claim No. 1-1, it is

ORDERED that the above document be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order, and it is hereby

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

United States Bankruptcy Court
District of New Jersey

In re:                                                      Case No. 11-45669-ABA
Zacharias A. Horiates                                       Chapter 13
Mary Jean T. Horiates
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin           Page 1 of 1            Date Rcvd: Mar 30, 2017
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2017.
db/jdb         +Zacharias A. Horiates,    Mary Jean T. Horiates,    2615 Manall Avenue,
                Pennsuaken, NJ 08109-3130

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2017                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   Wells Fargo Bank, N.A.
               bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
              George G. Horiates    on behalf of Debtor Zacharias A. Horiates patrickgmonaghan@gmail.com
              George G. Horiates    on behalf of Joint Debtor Mary Jean T. Horiates patrickgmonaghan@gmail.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com
              Joel A. Ackerman    on behalf of Creditor   Wells Fargo Bank, N.A. jackerman@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor   WELLS FARGO BANK, N.A. jackerman@zuckergoldberg.com
              Robert A. Rich    on behalf of Creditor   RBS Citizens rrich2@hunton.com
              Timothy J. Buckley    on behalf of Joint Debtor Mary Jean T. Horiates bucklaw@timbuckleylaw.com,
               bucklaw@comcast.net
              Timothy J. Buckley    on behalf of Debtor Zacharias A. Horiates bucklaw@timbuckleylaw.com,
               bucklaw@comcast.net
                                                                                             TOTAL: 11